## JOHN WHEELER *v.* JOSEPH MAILLOT & CO.

No appeal lies from an order of the District Judge granting a new trial before his judgment has be ·
come final, such an order is within the discretion of the District Judge, is interlocutory, and does
not work an irreparable injury.

APPEAL from Sixth District Court of New Orleans, *Howell, J.*
    *Hyams, Labatt & Jonas* for plaintiff. *Race & Foster,* for defendants and ap-
pellants.

LAND, J. On the trial of this case in the lower court, the Judge rendered a.
judgment of *non-suit* on the motion of plaintiff's counsel. Within three judi-
cial days thereafter, and before the judgment of *non-suit* had been signed by the
Judge, the plaintiff's counsel took a rule on the defendants to show cause why a
new trial should not be granted. The rule was made absolute. and the defen-
dants have appealed from the order of the Judge, granting the new trial.

The plaintiff's counsel have filed a motion to dismiss the appeal on the grounds
that no appeal lies from an order granting a new trial—that such an order is
within the discretion of the District Judge, is interlocutory, and does not work
an irreparable injury. These grounds are well taken, and are sufficient to dis-
miss the appeal. In the cases of *Gilbert et al.* v. *Nephler & Boyle,* 15 L. 59, and
of *Noland & Morancy* v. *Bemiss,* 14 An. 49, relied on by appellant's counsel the
judgment had become final, and the lower court was without jurisdiction, at the
time that the respective orders were granted therein. These cases therefore can-
not be invoked as authority in the case now before us for the purpose of main-
taining the appeal. For the reason stated, it is ordered, adjudged and decreed,
that the appeal taken in this case be dismissed at the costs of appellant, and that
this cause be remanded to the lower court for further -proceedings according to
law.